**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arias, Alfonso** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Silva-Arias, Sanjuana** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-6967** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-1831** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**404 Garfield**<br>**Calumet City, IL 60409** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**139 155th Place**<br>**Calumet City, IL 60409** |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business:   **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)         ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other_____        ☐ Clearing Bank | ■ Chapter 7        ☐ Chapter 11        ☐ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business        ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | FORM B1, Page 2 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Arias, Alfonso**<br>**Silva-Arias, Sanjuana** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Alfonso Arias**
Signature of Debtor **Alfonso Arias**

X    **/s/ Sanjuana Silva-Arias**
Signature of Joint Debtor **Sanjuana Silva-Arias**

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X    **/s/ Orlando Velazquez**
Signature of Attorney for Debtor(s)
**Orlando Velazquez 6210326**
Printed Name of Attorney for Debtor(s)
**Law Office of McGrath and Velazquez**
Firm Name
**PO Box 410533**
**Chicago, IL 60641-0533**
Address
**773-304-0404**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Orlando Velazquez**
Signature of Attorney for Debtor(s)          Date
   **Orlando Velazquez 6210326**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:



If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| /s/ Alfonso Arias | /s/ Sanjuana Silva-Arias | | |
|---|---|---|---|
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alfonso Arias,**
       **Sanjuana Silva-Arias**

Case No. _____

_____,
                Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 246,750.00 | | |
| B - Personal Property | Yes | 3 | 56,875.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 183,997.09 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 572,825.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,633.64 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,284.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 303,625.00 | | |
| Total Liabilities | | | | 756,822.67 | |

In re    **Alfonso Arias,**

      **Sanjuana Silva-Arias**

Case No. _____

_____ ,

                Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 139 155th Place, Calumet City IL and adjoining lot (FMV @$74,900.00 and $12,000.00 for the lot= ($86,900.00)** | **Joint tenant** | - | **86,900.00** | **69,898.00** |
| **13825 Park Ave, Dolton, IL** | **Joint tenant** | - | **45,000.00** | **44,556.71** |
| **69 E 136th Street, Riverdale, IL (Husband has 1/2 interest, wife has no interst in this property), FMV @$59,900)** | **Joint tenant** | - | **29,950.00** | **15,000.00** |
| **404 Garfield, Calumet City, IL** | **Joint tenant** | J | **84,900.00** | **51,153.71** |

| | | |
|---|---|---|
| Sub-Total > | **246,750.00** | (Total of this page) |
| Total > | **246,750.00** | |

    **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Alfonso Arias,**
    **Sanjuana Silva-Arias**
                                                  Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Corus Bank ( Checking Account - No Balance Kept )** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Used Household Goods and Furnishings** | - | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Used Clothing** | - | 550.00 |
| 7. Furs and jewelry. | | **Costume Jewelry, watch** | - | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Each debtor has a term life insurance policy with no cash value** | - | 0.00 |

                                                                   Sub-Total >    **1,650.00**
                                                           (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re    **Alfonso Arias,**                                                      Case No. _____

      **Sanjuana Silva-Arias**

_____,

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Pension** | **H** | **Unknown** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                    **0.00**

(Total of this page)

Sheet __1__ of __2__ continuation sheets attached

to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **Alfonso Arias,**
      **Sanjuana Silva-Arias**

Case No. _____

                   Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal injury claim** | **H** | **50,000.00** |
| | | **Possible harassment case against State Farm insurance** | **J** | **Unknown** |
| | | **Tax refund for year 2003 and 2004** | **J** | **1,700.00** |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Lincoln Town Car** | **-** | **1,625.00** |
| | | **1993 Chevy S-10** | **J** | **1,900.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **55,225.00** |
| Total > | **56,875.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Alfonso Arias,**

    **Sanjuana Silva-Arias**

Case No. _____

             Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Location: 139 155th Place, Calumet City IL and adjoining lot (FMV @$74,900.00 and $12,000.00 for the lot= ($86,900.00)** | **735 ILCS 5/12-901** | **7,500.00** | **86,900.00** |
| **404 Garfield, Calumet City, IL** | **735 ILCS 5/12-901** | **7,500.00** | **84,900.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Used Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Used Clothing** | **735 ILCS 5/12-1001(a)** | **550.00** | **550.00** |
| **Furs and Jewelry** | | | |
| **Costume Jewelry, watch** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Pension** | **735 ILCS 5/12-1006** | **100%** | **Unknown** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Personal injury claim** | **735 ILCS 5/12-1001(h)(4)** | **7,500.00** | **50,000.00** |
| **Tax refund for year 2003 and 2004** | **735 ILCS 5/12-1001(b)** | **1,700.00** | **1,700.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1993 Chevy S-10** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **1,900.00** |
| | **735 ILCS 5/12-1001(b)** | **700.00** | |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re **Alfonso Arias,**
    **Sanjuana Silva-Arias,**

Case No. _____

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0176** | | | **Non-Purchase Money Security** | | | | | |
| **Creditor #: 1**<br>**Best Buy**<br>**P.O.Box 15521**<br>**Wilmington, DE 19850-5521** | | - | | | | | | |
| | | | Value $         **0.00** | | | | **418.00** | **418.00** |
| Account No. | | | **Tax lien** | | | | | |
| **Creditor #: 2**<br>**Cook County Treasurer**<br>**P.O.Box 4488**<br>**PIN: 30-17-206-004-0000**<br>**Carol Stream, IL 60197-4488** | | - | **Location: 139 155th Place, Calumet City IL and adjoining lot (FMV @$74,900.00 and $12,000.00 for the lot= ($86,900.00)** | | | | | |
| | | | Value $    **86,900.00** | | | | **3,806.00** | **0.00** |
| Account No. | | | **Tax lien** | | | | | |
| **Creditor #: 3**<br>**Cook County Treasurer**<br>**P.O.Box 4488**<br>**PIN: 30-08-115-030-0000**<br>**Carol Stream, IL 60197-4488** | | J | **404 Garfield, Calumet City, IL** | | | | | |
| | | | Value $    **84,900.00** | | | | **6,597.00** | **0.00** |
| Account No. | | | | | | | | |
| **Representing:**<br>**Cook County Treasurer** | | | **Carl E Schuster, PC**<br>**10537 Chickagami Trail**<br>**Brutus, MI 49716-9504** | | | | | |
| | | | Value $ | | | | | |

   **3**    continuation sheets attached

Subtotal          | **10,821.00**
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re  **Alfonso Arias,**
    **Sanjuana Silva-Arias**

Case No. _____

                               ,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Cook County Treasurer** | | | **Pierce & Associates**<br>**1 N Dearborn, Ste 1300**<br>**Chicago, IL 60602**<br><br>Value $ | | | | | |
| Account No. **AH A513 PGY4**<br>**Creditor #: 4**<br>**Ford Motor Credit**<br>**P.O.Box 219686 AH**<br>**Kansas City, MO 64121-9686** | - | | **Automobile lien**<br><br>**1991 Lincoln Town Car**<br><br>Value $      **1,625.00** | | | | **2,970.67** | **1,345.67** |
| Account No.<br><br>**Representing:**<br>**Ford Motor Credit** | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 01M1 153878**<br>**Chicago, IL 60602**<br><br>Value $ | | | | | |
| Account No.<br><br>**Representing:**<br>**Ford Motor Credit** | | | **Lawrence Friedman, P.C.**<br>**19 South LaSalle Street, 10th Floor**<br>**Chicago, IL 60603**<br><br>Value $ | | | | | |
| Account No.<br><br>**Representing:**<br>**Ford Motor Credit** | | | **Wexler and Wexler**<br>**500 W Madison Ste 291**<br>**Chicago, IL 60661**<br><br>Value $ | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**2,970.67**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re **Alfonso Arias,**
      **Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6800750967** | | | **Mortgage** | | | | | |
| **Creditor #: 5**<br>**Green Tree/Conseco Finance**<br>**P.O.Box 13908**<br>**Durham, NC 27709-3908** | - | | **13825 Park Ave, Dolton, IL** | | | | | |
| | | | Value $ **45,000.00** | | | | **44,556.71** | **0.00** |
| Account No. | | | **Carl E Schuster, PC**<br>**10537 Chickagami Trail**<br>**Brutus, MI 49716-9504** | | | | | |
| **Representing:**<br>**Green Tree/Conseco Finance** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 802**<br>**CASE#: 05 CH 4463**<br>**Chicago, IL 60602** | | | | | |
| **Representing:**<br>**Green Tree/Conseco Finance** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **Green Tree**<br>**Mortgage Services Division**<br>**7360 S Kyrene Rd**<br>**Tempe, AZ 85283** | | | | | |
| **Representing:**<br>**Green Tree/Conseco Finance** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **Pierce & Associates**<br>**1 N Dearborn, Ste 1300**<br>**Chicago, IL 60602** | | | | | |
| **Representing:**<br>**Green Tree/Conseco Finance** | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**44,556.71**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re    **Alfonso Arias,**
         **Sanjuana Silva-Arias**
                                                                    Case No. _____

_____,
                    Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 6**<br>**Green Tree/Conseco Finance**<br>**P.O.Box 13908**<br>**Durham, NC 27709-3908** | | J | **Mortgage**<br><br>**404 Garfield, Calumet City, IL**<br><br>Value $    **84,900.00** | | | | **44,556.71** | **0.00** |
| Account No.<br><br>**Creditor #: 7**<br>**Mortgage** | | J | **Mortgage**<br><br>**69 E 136th Street, Riverdale, IL (Husband has 1/2 interest, wife has no interst in this property), FMV @$59,900)**<br><br>Value $    **59,900.00** | | | | **15,000.00** | **0.00** |
| Account No. 277804705<br><br>**Creditor #: 8**<br>**Select Portfolio Servicing**<br>**P.O.Box 65250**<br>**Salt Lake City, UT 84165** | | - | **2000**<br><br>**Mortgage**<br><br>**Location: 139 155th Place, Calumet City IL and adjoining lot (FMV @$74,900.00 and $12,000.00 for the lot= ($86,900.00)**<br>Value $    **86,900.00** | | | | **66,092.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _**3**___ of _**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **125,648.71** |
| Total<br>(Report on Summary of Schedules) | **183,997.09** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E
(04/05)

In re   **Alfonso Arias,**                                                                         Case No. _____
        **Sanjuana Silva-Arias**

_____,
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                  Best Case Bankruptcy

Form B6F
(12/03)

In re    **Alfonso Arias,**                                                                     Case No. _____
    **Sanjuana Silva-Arias,**
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1894526** <br><br> **Creditor #: 1** <br> **ADT Security Systems, Inc** <br> **c/o Tate & Kirlin Assocaites** <br> **2810 Southampton Road** <br> **Philadelphia, PA 19154** | | H | **2004** | | | | 602.00 |
| Account No. <br><br> **Representing:** <br> **ADT Security Systems, Inc** | | | **ADT** <br> **1600 Oakbrook Drive, Ste 540** <br> **Norcross, GA 30993** | | | | |
| Account No. **various** <br><br> **Creditor #: 2** <br> **Advocate Christ Medical Center** <br> **P.O.Box 70508** <br> **Chicago, IL 60673-0508** | | - | **2004** <br> **medical** | | | | 20.00 |
| Account No. **132334** <br><br> **Creditor #: 3** <br> **Advocate Health Centers** <br> **21014 Network Place** <br> **Chicago, IL 60673** | | H | **2004** <br> **medical** | | | | 20.00 |

  **29**  continuation sheets attached

|  | Subtotal (Total of this page) | 642.00 |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 S/N:25292-050728   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
    **Sanjuana Silva-Arias**                                           Case No. _____

                                                       Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 06013532674 <br><br>**Creditor #: 4**<br>**Allstate Ins Co**<br>**c/o Credit Collection Services**<br>**Two Wells Ave**<br>**Newton Center, MA 02459** | | - | | **2005**<br>**Insurance** | | | | 198.00 |
| Account No. xxxxxxx7233 <br><br>**Creditor #: 5**<br>**Allstate Insurance**<br>**c/o CCS**<br>**P O Box 55126**<br>**Boston, MA 02205-5126** | | - | | **Collections** | | | | 197.00 |
| Account No. 3728-594601-91009 <br><br>**Creditor #: 6**<br>**American Express**<br>**Suite 0001**<br>**Chicago, IL 60679-0001** | | | | **1997**<br>**credit** | | | | 1,127.00 |
| Account No. <br><br>**Representing:**<br>**American Express** | | | | **Trans Union**<br>**111 West Jackson**<br>**Chicago, IL 60604** | | | | |
| Account No. 3730-255917-81006 <br><br>**Creditor #: 7**<br>**American Express/The Optima Card**<br>**P.O.Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | | - | | **2000**<br>**credit** | | | | 27.00 |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
       (Total of this page)         **1,549.00**

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
    **Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxMx - xx5783**<br><br>**Creditor #: 8**<br>**Asset Acceptance**<br>**c/o Sanjay S Jutla, ESQ**<br>**310 S Michigan Ave, Ste 1420**<br>**Chicago, IL 60610** | - | | **Judgement** | | | | **10,717.00** |
| Account No.<br><br>Representing:<br>**Asset Acceptance** | | | **Asset Acceptance**<br>**c/o McMahan & Sigunick, Ltd**<br>**216 W Jacskon Blvd**<br>**Chicago, IL 60606** | | | | |
| Account No.<br><br>Representing:<br>**Asset Acceptance** | | | **Chevy Chase**<br>**P.O.Box 52050**<br>**Phoenix, AZ 85072** | | | | |
| Account No.<br><br>Representing:<br>**Asset Acceptance** | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 05M1 0115783**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>Representing:<br>**Asset Acceptance** | | | **First USA**<br>**P.O.Box 8650**<br>**Wilmington, DE 19899** | | | | |

Sheet no. __**2**___ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,717.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
    **Sanjuana Silva-Arias**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4621-2009-3031-1433** | | | | | **2000**  **credit** | | | | |
| **Creditor #: 9**  **Associates**  **c/o Asset Acceptance, LLC**  **P.O.Box 2036**  **Warren, MI 48090-2036** | | - | | | | | | | **11,018.00** |
| Account No. | | | | | **American Recovery Services, Inc**  **1699 Wall Street, Ste 300**  **Mount Prospect, IL 60056-5788** | | | | |
| **Representing:**  **Associates** | | | | | | | | | |
| Account No. | | | | | **Associates National Bank**  **Processing Center**  **Des Moines, IA 50363-2200** | | | | |
| **Representing:**  **Associates** | | | | | | | | | |
| Account No. **xxxxxxx1650** | | | | | **Collections** | | | | |
| **Creditor #: 10**  **Associates / First Select Inc**  **c/o Risk Management Alternatives**  **8400 West 110th Ste 520**  **Overland Park, KS 66210** | | - | | | | | | | **10,007.00** |
| Account No. **7088624922** | | | | | **2004**  **credit** | | | | |
| **Creditor #: 11**  **AT & T**  **P.O.Box 8212**  **Aurora, IL 60572-8212** | | - | | | | | | | **122.00** |

Sheet no. __**3**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,147.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
   **Sanjuana Silva-Arias**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Representing:<br>AT & T | | | | **NCO Financial Systems<br>P.O.Box 41457<br>Philadelphia, PA 19101-1457** | | | | |
| Account No. **0109411084948903100592580 0**<br>**Creditor #: 12<br>AT & T Cable Services/Broadband<br>Formerly Mediaone<br>688 Industrial Dr<br>Elmhurst, IL 60126** | | - | | **2000<br>credit** | | | | **69.00** |
| Account No.<br><br>Representing:<br>**AT & T Cable Services/Broadband** | | | | **Credit Protection Association<br>13355 Noel Rd.<br>Dallas, TX 75240** | | | | |
| Account No. **351415352401**<br>**Creditor #: 13<br>AT & T Long Distance<br>c/o Risk Management Alternatives<br>P.O.Box 105816<br>Atlanta, GA 30348** | | - | | | | | | **38.00** |
| Account No. **4024-1160-0307-3630**<br>**Creditor #: 14<br>Bank of America<br>P.O.Box 53132<br>Phoenix, AZ 85072-3132** | | H | | **2001<br>credit** | | | | **6,560.00** |

Sheet no. \_\_**4**\_\_ of \_\_**29**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,667.00**

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
 **Sanjuana Silva-Arias**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Bank of America** | | | | Federal Credit Corp P.O.Box 599 Colleyville, TX 76034 | | | | |
| Account No. **Representing: Bank of America** | | | | NCO Financial Systems P.O.Box 41457 Philadelphia, PA 19101-1457 | | | | |
| Account No. **1483-0** **Creditor #: 15** **BankChicago** **15901 Central Ave** **Oak Forest, IL 60452** | | H | | | | | | 460.00 |
| Account No. **Creditor #: 16** **Burnham Anesthesiologists** **c/o Merchants Credit Guide Co** **223 W Jackson Blvd** **Chicago, IL 60606** | | - | | 2005 Medical | | | | 175.00 |
| Account No. **4121-7413-5258-0646** **Creditor #: 17** **Capital One** **P.O.Box 85015** **Richmond, VA 23285-5015** | | H | | 2000 credit | | | | 1,778.00 |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     2,413.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
    **Sanjuana Silva-Arias**

Case No. _____

_____,
                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Capital One** | | | **Associated Recovery Systems**<br>**201 W Grand Ave**<br>**Escondido, CA 92025** | | | | |
| Account No.<br><br>**Representing:**<br>**Capital One** | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 03M1 168114**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>**Representing:**<br>**Capital One** | | | **Viking Collection Service Inc**<br>**P.O.Box 59207**<br>**Minneapolis, MN 55459-0207** | | | | |
| Account No. **31273**<br><br>**Creditor #: 18**<br>**Chicago Family Health Center**<br>**9119 S Exchange Ave**<br>**Chicago, IL 60617** | - | | **2005**<br>medical | | | | 37.00 |
| Account No. **A471004061701**<br><br>**Creditor #: 19**<br>**Chicago Imaging. Ltd**<br>**75 Remittance Dr., Ste 1667**<br>**Chicago, IL 60675** | - | | **2004**<br>medical | | | | 150.00 |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
**Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **51091367** | | - | | **2004** | | | | |
| **Creditor #: 20**<br>**Chicago tribune**<br>**c/o North Shore Agency, Inc**<br>**751 Summa Ave**<br>**Westbury, NY 11590** | | | | | | | | **18.00** |
| Account No. | | - | | **2002**<br>**Cell phone** | | | | |
| **Creditor #: 21**<br>**Cingular Wireless/Cellular One**<br>**P.O.Box 6428**<br>**Carol Stream, IL 60197-6426** | | | | | | | | **747.00** |
| Account No. | | | | **Harris and Harris Ltd**<br>**600 W Jackson Blvd., Ste 400**<br>**Chicago, IL 60661** | | | | |
| **Representing:**<br>**Cingular Wireless/Cellular One** | | | | | | | | |
| Account No. **4128-0031-3394-3848** | | H | | **1997**<br>**Credit card** | | | | |
| **Creditor #: 22**<br>**Citibank**<br>**P.O.Box 6077**<br>**Sioux Falls, SD 57117-6077** | | | | | | | | **422.00** |
| Account No. | | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 00M1 117118**<br>**Chicago, IL 60602** | | | | |
| **Representing:**<br>**Citibank** | | | | | | | | |

Sheet no. __**7**___ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,187.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
    **Sanjuana Silva-Arias**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**REPRESENTING:**<br>**Citibank** | | | | | **Citicorp**<br>**4600 Houston rd**<br>**Florence, KY 41042** | | | | |
| Account No.<br>**Creditor #: 23**<br>**City of Calumet**<br>**c/o RMI/MCSI**<br>**P.O.Box 666**<br>**Lansing, IL 60438** | - | | | | | | | | **250.00** |
| Account No.<br>**Creditor #: 24**<br>**City of Chicago Water Dept**<br>**c/o Heller and Frisone**<br>**33 N LaSalle St., #1200**<br>**Chicago, IL 60602** | H | | | | **2003**<br>**Utility** | | | | **1,135.00** |
| Account No.<br><br>**Representing:**<br>**City of Chicago Water Dept** | | | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 03M1 141934**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>**Representing:**<br>**City of Chicago Water Dept** | | | | | **City of Chicago, Water Dept.**<br>**333 S State St, Ste LL10**<br>**Chicago, IL 60604** | | | | |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,385.00**

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
   **Sanjuana Silva-Arias**                                      Case No. _____

_____,
                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various accounts**<br><br>**Creditor #: 25**<br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | H | 2001-2005<br>utility | | | | 1,000.00 |
| Account No.<br><br>Representing:<br>**ComEd** | | | **Van Ru Credit**<br>**P.O.Box 618**<br>**Park Ridge, IL 60068** | | | | |
| Account No. **6012500110230226**<br><br>**Creditor #: 26**<br>**Conseco Finance**<br>**1400 Turbine Dr**<br>**Rapid City, SD 57701** | | - | 1997<br>credit | | | | 6,161.00 |
| Account No.<br><br>Representing:<br>**Conseco Finance** | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 00M1 146555**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>**Creditor #: 27**<br>**Cook County Treasurer**<br>**P.O.Box 4488**<br>**PIN: 29-03-104-007-0000**<br>**Carol Stream, IL 60197-4488** | | - | Property taxes | | | | 7,625.00 |

Sheet no. __9__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,786.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Alfonso Arias,**
         **Sanjuana Silva-Arias**

Case No. _____

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3035** | | | Collections | | | | |
| **Creditor #: 28** **Discover** **P.O.Box 30395** **Salt Lake City, UT 84130** | - | | | | | | 12,385.00 |
| Account No. **Representing:** **Discover** | | | **OSI Collection Services** **P.O.Box 550720** **Jacksonville, FL 32255** | | | | |
| Account No. **4168-1000-1487-8118** | | | 2001 credit | | | | |
| **Creditor #: 29** **First Select** **P.O.Box 9104** **Pleasanton, CA 94566** | J | | | | | | 7,985.00 |
| Account No. **Representing:** **First Select** | | | **Risk Management Alternatives** **8400 West 110th, Ste 250** **Overland Park, KS 66210** | | | | |
| Account No. **4246-1520-1320-6870** | | | 1996 credit | | | | |
| **Creditor #: 30** **First USA** **c/o NAFS** **P.O.Box 9027** **Buffalo, NY 14231** | H | | | | | | 13,410.00 |

Sheet no. __10__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,780.00

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
      **Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **First USA** | | | **Asset Acceptance** <br> **P.O.Box 2036** <br> **Warren, MI 48090-2036** | | | | |
| Account No. <br><br> **Representing:** <br> **First USA** | | | **Chevy Chase** <br> **P.O.Box 999** <br> **Frederick, MD 21705** | | | | |
| Account No. <br><br> **Creditor #: 31** <br> **GE Capital** <br> **P.O.Box 981400** <br> **El Paso, TX 79998** | - | | **2000** <br> **creidt** | | | | **1,462.00** |
| Account No. 6012500110230226 <br><br> **Creditor #: 32** <br> **Green Tree** <br> **500 Landmark Tower** <br> **Saint Paul, MN 55102** | - | | **1997** | | | | **4,144.00** |
| Account No. 6800750942 <br><br> **Creditor #: 33** <br> **Green Tree/Conseco Finance** <br> **P.O.Box 13908** <br> **Durham, NC 27709-3908** | - | | **Deficiency on foreclosed property (13825 S Park Ave., Calumet City IL 60409)** | | | | **47,687.58** |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**53,293.58**

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
       **Sanjuana Silva-Arias**                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Green Tree/Conseco Finance** | | | | | **Carl E Schuster, PC**<br>**10537 Chickagami Trail**<br>**Brutus, MI 49716-9504** | | | | |
| Account No. **5483-7440-0424-5609**<br>**Creditor #: 34**<br>**GT (Green Tree) Conseco Mastercard**<br>**c/o Cavalry Portfolio/RMS**<br>**260 W Wentworth Ave**<br>**Saint Paul, MN 55118-3525** | - | | | | **2001**<br>**credit** | | | | **10,500.00** |
| Account No.<br><br>**Representing:**<br>**GT (Green Tree) Conseco Mastercard** | | | | | **Cavalry**<br>**P.O.Box 75428**<br>**Saint Paul, MN 55175-0428** | | | | |
| Account No.<br><br>**Representing:**<br>**GT (Green Tree) Conseco Mastercard** | | | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 00M1 146555**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>**Representing:**<br>**GT (Green Tree) Conseco Mastercard** | | | | | **Conseco Finance**<br>**Dept 0008**<br>**Palatine, IL 60055** | | | | |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,500.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Alfonso Arias,**
**Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **GT (Green Tree) Conseco Mastercard** | | | **Freedman, Anselmo, Linberg & Rappe** <br> **P.O.Box 3228** <br> **Naperville, IL 60566-7228** | | | | |
| Account No. **412216202322420** <br> **Creditor #: 35** <br> **HFC** <br> **P.O.Box 8873** <br> **Virginia Beach, VA 23450-8873** | - | | **1997** <br> **Loan** | | | | 10,242.00 |
| Account No. **5174200029846** <br> **Creditor #: 36** <br> **Home Depot** <br> **P.O.Box 103072** <br> **Roswell, GA 30076** | | H | **2000** <br> **credit** | | | | 1,376.00 |
| Account No. <br><br> **Representing:** <br> **Home Depot** | | | **GEMB/Home** <br> **P.O.Box 29116** <br> **Mission, KS 66201** | | | | |
| Account No. <br><br> **Representing:** <br> **Home Depot** | | | **LVNV Funding** <br> **P.O.Box 10497** <br> **Greenville, SC 29603** | | | | |

Sheet no. __13__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,618.00**

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
**Sanjuana Silva-Arias**                                                    Case No. _____

                                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **191408715**<br><br>**Creditor #: 37**<br>**Homeside Lending**<br>**P.O.Box 44225**<br>**Jacksonville, FL 32231-4255** | - | | **Foreclosure deficiency (456 Crandon Ave., Calumet IL 60409)** | | | | **71,582.00** |
| Account No.<br><br>**Representing:**<br>**Homeside Lending** | | | **Shapiro & Kreisman**<br>**4201 Lake Cook Rd., 1st Floor**<br>**Northbrook, IL 60062** | | | | |
| Account No. **5424-4260-0151-3377**<br><br>**Creditor #: 38**<br>**Household Credit Services**<br>**P.O.Box 88000**<br>**Baltimore, MD 21288-0001** | | H | **1999**<br>**credit** | | | | **3,642.00** |
| Account No.<br><br>**Representing:**<br>**Household Credit Services** | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 00M1 120538**<br>**Chicago, IL 60602** | | | | |
| Account No. **412216251088500**<br><br>**Creditor #: 39**<br>**Household Finance Corp**<br>**108 Commons Drive**<br>**Chicago Ridge, IL 60415** | | H | **1998**<br>**Loan** | | | | **21,221.00** |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**96,445.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
        **Sanjuana Silva-Arias**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.  **Representing:** **Household Finance Corp** | | | | | **Circuit Court of Cook County** **Richard J Daly Center, Rm 602** **CASE#: 01M1 142297** **Chicago, IL 60602** | | | | |
| Account No.  **Representing:** **Household Finance Corp** | | | | | **Freedman, Anselmo, Linberg & Rappe** **P.O.Box 3228** **Naperville, IL 60566-7228** | | | | |
| Account No. **412216122376548**  **Creditor #: 40** **Household Finance Corp** **108 Commons Drive** **Chicago Ridge, IL 60415** | - | | | | **2001** **Loan** | | | | 42,952.00 |
| Account No.  **Representing:** **Household Finance Corp** | | | | | **HFC** **US Consumer Finance** **841 Seahawk Circle** **Virginia Beach, VA 23452-7809** | | | | |
| Account No. **xxxxxxxxxxx5548**  **Creditor #: 41** **Household Finance Corp.** **P.O. Box 17574** **Baltimore, MD 21297-1574** | - | | | | **Home Equity Credit Line** | | | | 51,951.00 |

Sheet no. **15** of **29** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**94,903.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
   **Sanjuana Silva-Arias**
_____,
Debtors

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7001168001764405** | | | | credit | | | | |
| **Creditor #: 42** **Household/Best Buy** **c/o Capital Management Services** **726 Eschange Street, Ste 700** **Buffalo, NY 14210** | | H | | | | | | **563.00** |
| Account No. | | | | **LVNV Funding** **P.O.Box 10497** **Greenville, SC 29603** | | | | |
| **Representing:** **Household/Best Buy** | | | | | | | | |
| Account No. | | | | **Resurgent Captial Services LP** **P.O.Box 5025** **Sioux Falls, SD 57117** | | | | |
| **Representing:** **Household/Best Buy** | | | | | | | | |
| Account No. **CGxxxxxxxxx0501** | | | | Collections | | | | |
| **Creditor #: 43** **JC Penney** **c/o Arrow Financial Services LLC** **21031 Network Place** **Chicago, IL 60673** | | - | | | | | | **1,808.00** |
| Account No. | | | | **CAC Financial** **2601 NE Expressway, Ste 1000 East** **Oklahoma City, OK 73112-7236** | | | | |
| **Representing:** **JC Penney** | | | | | | | | |

Sheet no. __**16**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,371.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
         **Sanjuana Silva-Arias**                                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>**Representing:**<br>**JC Penney** | | | | | **Great Lakes Collection Bureau, Inc.**<br>**45 Oak Street**<br>**Buffalo, NY 14203-2697** | | | | |
| Account No.<br>**Representing:**<br>**JC Penney** | | | | | **JC Penney**<br>**P.O.Box 960001**<br>**Orlando, FL 32896-0001** | | | | |
| Account No.<br>**Creditor #: 44**<br>**LVNV Funding**<br>**P.O.Box 10497**<br>**Greenville, SC 29603** | - | | | | **2001** | | | | 1,123.00 |
| Account No. **MU7600920406**<br>**Creditor #: 45**<br>**Mathmania**<br>**P.O.Box 5209**<br>**Clifton, NJ 07015-5209** | - | | | | **1999**<br>**credit** | | | | 16.00 |
| Account No. **5401-2607-4301-6168**<br>**Creditor #: 46**<br>**MBNA**<br>**P.O.Box 15137**<br>**Wilmington, DE 19886** | H | | | | **2000**<br>**credit** | | | | 14,606.00 |

Sheet no. __17__ of __29__ sheets attached to Schedule of                        Subtotal                **15,745.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
       **Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**REPRESENTING:**<br>**MBNA** | | | | **NCO Financial Systems**<br>**P.O.Box 41457**<br>**Philadelphia, PA 19101-1457** | | | | |
| Account No. **35813321**<br>**Creditor #: 47**<br>**MCI**<br>**P.O.Box 163250**<br>**Columbus, OH 43216-3250** | | - | | **credit** | | | | **265.00** |
| Account No.<br><br>**REPRESENTING:**<br>**MCI** | | | | **CBCS**<br>**P.O.Box 1615**<br>**Grand Rapids, MI 49501** | | | | |
| Account No.<br><br>**REPRESENTING:**<br>**MCI** | | | | **Park Dansan**<br>**113 W 3rd Ave.**<br>**P.O.Box 248**<br>**Gastonia, NC 28053** | | | | |
| Account No. **8494890310059258**<br>**Creditor #: 48**<br>**Mediaone**<br>**P.O.Box 173885**<br>**Denver, CO 80217-9885** | | - | | **1999**<br>**credit** | | | | **108.00** |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**373.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
        **Sanjuana Silva-Arias**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **Creditor #: 49 Medical Payment Data/Premium Asset 350 NW 12th Ave, #210 Deerfield Beach, FL 33442** | - | | | **2005 collection** | | | | 50.00 |
| Account No. **6012500110230226 Creditor #: 50 Menards/Conseco Finance Spet 0008 Palatine, IL 60055** | H | | | **2000 credit** | | | | 6,162.00 |
| Account No. **Representing: Menards/Conseco Finance** | | | | **Circuit Court of Cook County Richard J Daly Center, Rm 602 CASE#: 00M1 146555 Chicago, IL 60602** | | | | |
| Account No. **Representing: Menards/Conseco Finance** | | | | **Freedman, Anselmo, Linberg & Rappe P.O.Box 3228 Naperville, IL 60566-7228** | | | | |
| Account No. **Representing: Menards/Conseco Finance** | | | | **Sherman Acquisition c/o Baker, Miller, Markoff & Krasny 29 N Wacker Dr, 5th Floor Chicago, IL 60606** | | | | |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **6,212.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
        **Sanjuana Silva-Arias**

Case No. _____

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 51**<br>**Merchants Credit Guide Co.**<br>**223 W. Jackson Blvd.**<br>**Chicago, IL 60606** | - | | | | **Collection for medical** | | | | 175.00 |
| Account No. **A0328900155**<br><br>**Creditor #: 52**<br>**Mercy Hospital & Medical Ctr**<br>**2525 S Michigan Ave**<br>**Chicago, IL 60616** | - | | | | **2003**<br>**medical** | | | | 50.00 |
| Account No. **V00028127793**<br><br>**Creditor #: 53**<br>**Michael Reese Hospital**<br>**2929 S Ellis Ave**<br>**Chicago, IL 60616** | H | | | | **1998**<br>**medical** | | | | 4,075.00 |
| Account No.<br><br>Representing:<br>**Michael Reese Hospital** | | | | | **Michael Reese Hospital**<br>**P.O.Box 1828**<br>**Hendersonville, TN 37077-1828** | | | | |
| Account No.<br><br>Representing:<br>**Michael Reese Hospital** | | | | | **PARC**<br>**P.O.Box 1691**<br>**Boca Raton, FL 33429-1691** | | | | |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,300.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Alfonso Arias,**
         **Sanjuana Silva-Arias**                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **51868**<br><br>**Creditor #: 54**<br>**Midland Orthopedic Associates**<br>**2850 S Wabash, Ste 100**<br>**Chicago, IL 60616** | | H | **2002**<br>**medical** | | | | 432.00 |
| Account No. **xxxxx6357**<br><br>**Creditor #: 55**<br>**Montgomery Wards**<br>**P.O.Box 103055**<br>**Roswell, GA 30076-9045** | | H | **2000**<br>**Credit card purchases** | | | | 671.00 |
| Account No.<br><br>**Representing:**<br>**Montgomery Wards** | | | **Alegis Group**<br>**P.O.Box 5025**<br>**Sioux Falls, SD 57117** | | | | |
| Account No.<br><br>**Representing:**<br>**Montgomery Wards** | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 0M1 151877**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>**Representing:**<br>**Montgomery Wards** | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 00M1 151877**<br>**Chicago, IL 60602** | | | | |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,103.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
        **Sanjuana Silva-Arias**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Montgomery Wards** | | | **LVNV Funding**<br>**P.O.Box 10497**<br>**Greenville, SC 29603** | | | | |
| Account No.<br><br>**Representing:**<br>**Montgomery Wards** | | | **Monogram Credit Card Bank**<br>**c/o Blatt Hasenmiller, etal**<br>**125 S Wacker Drive, Ste 400**<br>**Chicago, IL 60606** | | | | |
| Account No.<br><br>**Representing:**<br>**Montgomery Wards** | | | **Sherman Acquisition**<br>**c/o Alegis Group**<br>**9940 Franklin Square Dr, Ste J**<br>**Baltimore, MD 21236** | | | | |
| Account No. **several**<br>**Creditor #: 56**<br>**Nicor Gas**<br>**P.O.Box 310**<br>**Aurora, IL 60507-0310** | - | | **Utility** | | | | **4,000.00** |
| Account No.<br><br>**Representing:**<br>**Nicor Gas** | | | **Circuit Court of Cook County**<br>**16501 S Kedzie Parkway**<br>**Case#: 02M6 2268**<br>**Harvey, IL 60426** | | | | |

Sheet no. __**22**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
**Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **Representing:** **Nicor Gas** | | | | | **NCO Financial Systems** **P.O.Box 41457** **Philadelphia, PA 19101-1457** | | | | |
| Account No. **5245422** **Creditor #: 57** **Nova Cellular** **GPO** **P.O.Box 5912** **New York, NY 10087** | | H | | | **1997** **credit** | | | | 151.00 |
| Account No.  **Representing:** **Nova Cellular** | | | | | **Celllular One** **P.O.Box 2300** **Bedford Park, IL 60499** | | | | |
| Account No.  **Representing:** **Nova Cellular** | | | | | **Harris and Harris Ltd** **600 W Jackson Blvd., Ste 400** **Chicago, IL 60661** | | | | |
| Account No. **4495-7320-0280-6976** **Creditor #: 58** **Peoples Bank/Peoples Credit Plan** **c/o Mercantile Adjustment Bureau** **P.O.Box 9315A** **Rochester, NY 14604** | | H | | | **2001** **credit** | | | | 5,915.00 |

Sheet no. __**23**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,066.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
　　　**Sanjuana Silva-Arias**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Peoples Bank/Peoples Credit Plan** | | | **Credit Card Plan**<br>**P.O.Box 10311**<br>**Stamford, CT 06904-2311** | | | | |
| Account No.<br><br>**Representing:**<br>**Peoples Bank/Peoples Credit Plan** | | | **Financial Recovery Services, Inc.**<br>**P.O.Box 385908**<br>**Minneapolis, MN 55438-5908** | | | | |
| Account No.<br><br>**Representing:**<br>**Peoples Bank/Peoples Credit Plan** | | | **Nelson, Watson & Assoc**<br>**80 Merrimack St., Lower Level**<br>**Haverhill, MA 01830** | | | | |
| Account No. **2500002029625**<br>**Creditor #: 59**<br>**Peoples Gas**<br>**Chicago, IL 60687-0001** | | H | **2000**<br>**utility** | | | | **428.00** |
| Account No.<br><br>**Representing:**<br>**Peoples Gas** | | | **KCA Financial Services**<br>**628 North Street**<br>**P.O.Box 53**<br>**Geneva, IL 60134** | | | | |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**428.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Alfonso Arias,**
   **Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**REPRESENTING:**<br>**Peoples Gas** | | | | **OSI Collection Service**<br>**P.O.Box 959**<br>**Brookfield, WI 53008** | | | | |
| Account No. **various**<br>**Creditor #: 60**<br>**Physiotherapy Assoc**<br>**2930 S Michigan Ave., #107**<br>**Chicago, IL 60616** | | H | | **2004**<br>**medical** | | | | **2,478.00** |
| Account No. **5418-2750-0144-5017**<br>**Creditor #: 61**<br>**Providian**<br>**P.O.Box 660490**<br>**Dallas, TX 75266-0490** | | H | | **1999**<br>**credit** | | | | **4,251.00** |
| Account No.<br><br>**REPRESENTING:**<br>**Providian** | | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 00M1 117797**<br>**Chicago, IL 60602** | | | | |
| Account No. **4011-3500-0001-9792**<br>**Creditor #: 62**<br>**RSC Bankcard Center**<br>**P.O.Box 100126**<br>**Columbia, SC 29202** | | - | | **1996**<br>**credit** | | | | **255.00** |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,984.00**

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
    **Sanjuana Silva-Arias**
                                      ,
                            Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br>**Creditor #: 63**<br>**Sallie Mae**<br>**1002 Arthur Dr**<br>**Lynn Haven, FL 32444** | - | | | | **student loan** | | | | 1,334.00 |
| Account No. **7088624922**<br>**Creditor #: 64**<br>**SBC Long Distance**<br>**P.O.Box 600670**<br>**Jacksonville, FL 32260-0670** | | H | | | **2004**<br>**credit** | | | | 5.00 |
| Account No. **xxxxxxxxxxxx/xxxxxxxx4204**<br>**Creditor #: 65**<br>**Sears**<br>**P.O.Box 182149**<br>**Columbus, OH 43218** | | H | | | **Credit Card Debt** | | | | 5,475.00 |
| Account No.<br><br>**Representing:**<br>**Sears** | | | | | **Blatt,Hasenmiller,Leibsker & Moore**<br>**125 S Wacker Drive, Ste 400**<br>**Chicago, IL 60606** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears** | | | | | **CB USA Sears**<br>**P.O.Box 6189**<br>**Sioux Falls, SD 57117** | | | | |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,814.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Alfonso Arias,**
         **Sanjuana Silva-Arias**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Sears** | | | | | **Circuit Court of Cook County**<br>**Richard J Daly Center, Rm 602**<br>**CASE#: 01M1 122642**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears** | | | | | **LVNV Funding**<br>**P.O.Box 10497**<br>**Greenville, SC 29603** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears** | | | | | **Sherman Acquisition**<br>**c/o Ocwen Federal Bank**<br>**P.O.Box 785058**<br>**Orlando, FL 32878-5058** | | | | |
| Account No. 72657317722<br>**Creditor #: 66**<br>**Service Merchandise**<br>**WFNNB Service**<br>**P.O.Box 659569**<br>**San Antonio, TX 78265** | - | | | | **1997**<br>**credit** | | | | 1,123.00 |
| Account No. K91222<br>**Creditor #: 67**<br>**Sherman Acquisition**<br>**c/o Financial Recovery Services, In**<br>**P.O.Box 385908**<br>**Minneapolis, MN 55438-5908** | - | | | | **2004**<br>**Collection** | | | | 1,052.00 |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,175.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Alfonso Arias,**
        **Sanjuana Silva-Arias**                                    Case No. _____

                                                            ,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 68<br>**Creditor #: 68**<br>**SSC**<br>**c/o RMI/MCSI**<br>**P.O.Box 666**<br>**Lansing, IL 60438** | - | | **2002** | | | | 233.00 |
| Account No.<br>**Creditor #: 69**<br>**T-Mobile, Bankruptcy**<br>**P.O.Box 37380**<br>**Albuquerque, NM 87176** | - | | | | | | 902.00 |
| Account No.<br>**REPRESENTING:**<br>**T-Mobile, Bankruptcy** | | | **Sunrise Credit Services, Inc.**<br>**2174 Jackson Ave**<br>**Seaford, NY 11783** | | | | |
| Account No. 021217400211297<br>**Creditor #: 70**<br>**The Associates Home Equity Srvs**<br>**2020 159th Street**<br>**Calumet City, IL 60409** | | | **1999**<br>**Foreclosure deficiency (456 Crandon Ave, Chicago and 10826 Buffalo, Chicago, IL)** | | | | 142,739.00 |
| Account No.<br>**Creditor #: 71**<br>**Toyota Motor Credit**<br>**1111 West 22nd St., Ste 42**<br>**Hinsdale, IL 60521** | - | | **Repossession deficiency** | | | | 11,009.00 |

Sheet no. __28__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      154,883.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Alfonso Arias,**
  **Sanjuana Silva-Arias**
  ,
Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 37932000000750371B | | | 2003 credit | | | | |
| Creditor #: 72<br>Transworld Systems, Inc.<br>25 Northwest Pt Blvd.<br>Ste 750<br>Elk Grove Village, IL 60007 | - | | | | | | 35.00 |
| Account No. 206625659 | | | 2004 medical | | | | |
| Creditor #: 73<br>Trinity Hospital<br>P.O.Box 70173<br>Chicago, IL 60673-0173 | - | | | | | | 75.00 |
| Account No. | | | Advocate Trinity Hospt.<br>2320 E 93rd St<br>Chicago, IL 60617 | | | | |
| REPRESENTING:<br>Trinity Hospital | | | | | | | |
| Account No. 8855110400020190 | | | 2002 credit | | | | |
| Creditor #: 74<br>Wide Open West<br>P.O.Box 49309<br>Colorado Springs, CO 80949 | - | | | | | | 42.00 |
| Account No. 2857308/2857290 | | | Foreclosure deficiency (503 Forsythe, Calumet City, IL 60409 and 10826 S Buffalo, Chicago IL 60617) | | | | |
| Creditor #: 75<br>World Savings and Loan Association<br>P.O.Box 659538<br>San Antonio, TX 78265-2108 | - | | | | | | Unknown |

Sheet no. __29__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  152.00

Total  
(Report on Summary of Schedules)  572,825.58

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re     **Alfonso Arias,**                     Case No. _____

          **Sanjuana Silva-Arias**

                                    Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
              schedule of creditors.

   ■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

    **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Alfonso Arias,**                                                    Case No. _____

        **Sanjuana Silva-Arias**

_____,

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Alfonso Arias
Sanjuana Silva-Arias**
Debtor(s)

Case No. _____

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP **Son** | AGE **15** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mail carrier** | |
| Name of Employer | **US Post Office** | **none** |
| How long employed | | |
| Address of Employer | **Chicago, IL** | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **2,886.46** | $ | **0.00** |
| Estimated monthly overtime | $ | **0.00** | $ | **0.00** |
| SUBTOTAL | $ | **2,886.46** | $ | **0.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **356.84** | $ | **0.00** |
| b.  Insurance | $ | **134.20** | $ | **0.00** |
| c.  Union dues | $ | **38.72** | $ | **0.00** |
| d.  Other (Specify)    **See Detailed Income Attachment** | $ | **487.66** | $ | **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,017.42** | $ | **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,869.04** | $ | **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance (Specify)    **Disability** | $ | **0.00** | $ | **1,308.00** |
| | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income (Specify)    **Child Support** | $ | **0.00** | $ | **456.60** |
| | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **1,869.04** | $ | **1,764.60** |

TOTAL COMBINED MONTHLY INCOME    $    **3,633.64**

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I
(12/03)

In re    **Alfonso Arias**
    **Sanjuana Silva-Arias**                          Case No. _____
                                        Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **Child support** | $ 460.60 | $ 0.00 |
| **Child support fee** | $ 4.00 | $ 0.00 |
| **Retirement** | $ 23.06 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 487.66 | $ 0.00 |

In re  **Alfonso Arias**
**Sanjuana Silva-Arias**                                    Case No. _____
                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

■  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 436.00 |
| Are real estate taxes included?                    Yes ___        No **X** | | |
| Is property insurance included?                    Yes ___        No **X** | | |
| Utilities:        Electricity and heating fuel | $ | 250.00 |
|         Water and sewer | $ | 95.00 |
|         Telephone | $ | 100.00 |
|         Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 400.00 |
| Clothing | $ | 75.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 20.00 |
| Transportation (not including car payments) | $ | 280.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|         Homeowner's or renter's | $ | 65.00 |
|         Life | $ | 0.00 |
|         Health | $ | 0.00 |
|         Auto | $ | 50.00 |
|         Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)    **Real estate taxes** | $ | 185.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|         Auto | $ | 0.00 |
|         Other | $ | 0.00 |
|         Other | $ | 0.00 |
|         Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other    **Personal Care** | $ | 70.00 |
| Other    **Auto Repair/ Maint. / Fees** | $ | 125.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    | $ | 2,191.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |

(interval)

In re
**Alfonso Arias**
**Sanjuana Silva-Arias**                                            Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

### (Spouse's Schedule)

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| Are real estate taxes included? | Yes ___ No **X** | |
| Is property insurance included? | Yes ___ No **X** | |
| Utilities: Electricity and heating fuel | $ | 163.00 |
| Water and sewer | $ | 40.00 |
| Telephone | $ | 60.00 |
| Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 350.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 80.00 |
| Medical and dental expenses | $ | 20.00 |
| Transportation (not including car payments) | $ | 60.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 60.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other **Personal care** | $ | 60.00 |
| Other **Auto repair/ Maint./fess** | $ | 100.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,093.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Alfonso Arias**
       **Sanjuana Silva-Arias**                             Case No. _____

                                     Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_**47**\_\_ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature    **/s/ Alfonso Arias** _____
                                                   **Alfonso Arias**
                                                   Debtor

Date _____      Signature    **/s/ Sanjuana Silva-Arias** _____
                                                   **Sanjuana Silva-Arias**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Alfonso Arias**
    **Sanjuana Silva-Arias**                             Case No. _____
                                  Debtor(s)      Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$23,771.00** | **2005 (Husband)** |
| **$22,499.00** | **2004 (Husband)** |
| **$26,000.00** | **2003 (Husband)** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,696.00** | **2004- Social Security Disability ($846.00/mth for Debtor, $462.00/mth for minor child)** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

| AMOUNT | SOURCE |
|---|---|
| $15,696.00 | 2003- Disability ($846.00/mth for Debtor, $462.00/mth for minor child) |
| $5,479.20 | 2004- Child support |
| $5,479.20 | 2003- Child support |

### 3. Payments to creditors

None
■  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Asset Acceptance v. Arias 05M1 0115783 | Collection | Cook County | Pending |
| Sherman Acquisition v. Arias 01M1 122642 | Collection | Cook County | Pending |
| Monogram Credit Card Bank v. Arias 00M1 151877 | Collection | Cook County | Pending |
| Green Tree Servi eing, Inc v. Arias, etal 05 CH 4463 | Foreclosure | Cook County | Pending |
| Conseco Finance v. Arias 00M1 146555 | Collection | Cook County | Pending |
| Nicor v Arias 02M6 2268 | Collection | Cook County | Pending |
| Washington Mutual v Arias 04CH19205 | Foreclosure | Cook County | Judgement entered |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Washington Mutual**<br>**P.O.Box 37560**<br>**Louisville, KY 40233-7560** | **@7/2005** | **Real estate commonly known as 458 Gordon, Calumet City, IL, net of @$7,000.00 from the foreclosure sale, split with joint owner** |
| **GreenTree/Conseco Finance**<br>**P.O.Box 13908**<br>**Durham, NC 27709** | **@4/2005** | **Real estate commonly known as 13825 Park Ave., Calumet City IL 60409** |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Money** | **Gambling, @$1,000.00** | **2004-2005** |

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of McGrath and Velazquez PO Box 410533 Chicago, IL 60641-0533** | **2005** | **$1200.00** |

**10. Other transfers**

None ■   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                        NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None

■

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None

■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature  **/s/ Alfonso Arias** _____
                                              **Alfonso Arias**
                                              Debtor


Date _____     Signature  **/s/ Sanjuana Silva-Arias** _____
                                              **Sanjuana Silva-Arias**
                                              Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Alfonso Arias**
**Sanjuana Silva-Arias**
_____
Debtor(s)

Case No. _____
Chapter  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | **Description of Property** | **Creditor's name** |
|---|---|---|
| **1.** | 1991 Lincoln Town Car | Ford Motor Credit |
| **2.** | 13825 Park Ave, Dolton, IL | Green Tree/Conseco Finance |
| **3.** | Location: 139 155th Place, Calumet City IL and adjoining lot (FMV @$74,900.00 and $12,000.00 for the lot= ($86,900.00) | Select Portfolio Servicing |

*b. Property to Be Retained*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **-NONE-** | | | | |

Date _____        Signature  **/s/ Alfonso Arias**
**Alfonso Arias**
Debtor

Date _____        Signature  **/s/ Sanjuana Silva-Arias**
**Sanjuana Silva-Arias**
Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Alfonso Arias**
**Sanjuana Silva-Arias**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,200.00** |
| Prior to the filing of this statement I have received | $ | **1,200.00** |
| Balance Due | $ | **0.00** |

2.  $ **209.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **None**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

**/s/ Orlando Velazquez**
**Orlando Velazquez 6210326**
**Law Office of McGrath and Velazquez**
**PO Box 410533**
**Chicago, IL 60641-0533**
**773-304-0404**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Alfonso Arias**
   **Sanjuana Silva-Arias**

Case No. _____

Chapter   **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **148**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____

**/s/ Alfonso Arias**
**Alfonso Arias**
Signature of Debtor

Date: _____

**/s/ Sanjuana Silva-Arias**
**Sanjuana Silva-Arias**
Signature of Debtor

ADT
1600 Oakbrook Drive, Ste 540
Norcross, GA 30993


ADT Security Systems, Inc
c/o Tate & Kirlin Assocaites
2810 Southampton Road
Philadelphia, PA 19154


Advocate Christ Medical Center
P.O.Box 70508
Chicago, IL 60673-0508


Advocate Health Centers
21014 Network Place
Chicago, IL 60673


Advocate Trinity Hospt.
2320 E 93rd St
Chicago, IL 60617


Alegis Group
P.O.Box 5025
Sioux Falls, SD 57117


Allstate Ins Co
c/o Credit Collection Services
Two Wells Ave
Newton Center, MA 02459


Allstate Insurance
c/o CCS
P O Box 55126
Boston, MA 02205-5126


American Express
Suite 0001
Chicago, IL 60679-0001


American Express/The Optima Card
P.O.Box 360001
Fort Lauderdale, FL 33336-0001

American Recovery Services, Inc
1699 Wall Street, Ste 300
Mount Prospect, IL 60056-5788


Asset Acceptance
c/o Sanjay S Jutla, ESQ
310 S Michigan Ave, Ste 1420
Chicago, IL 60610


Asset Acceptance
c/o McMahan & Sigunick, Ltd
216 W Jacskon Blvd
Chicago, IL 60606


Asset Acceptance
P.O.Box 2036
Warren, MI 48090-2036


Associated Recovery Systems
201 W Grand Ave
Escondido, CA 92025


Associates
c/o Asset Acceptance, LLC
P.O.Box 2036
Warren, MI 48090-2036


Associates / First Select Inc
c/o Risk Management Alternatives
8400 West 110th Ste 520
Overland Park, KS 66210


Associates National Bank
Processing Center
Des Moines, IA 50363-2200


AT & T
P.O.Box 8212
Aurora, IL 60572-8212


AT & T Cable Services/Broadband
Formerly Mediaone
688 Industrial Dr
Elmhurst, IL 60126

AT & T Long Distance
c/o Risk Management Alternatives
P.O.Box 105816
Atlanta, GA 30348


Bank of America
P.O.Box 53132
Phoenix, AZ 85072-3132


BankChicago
15901 Central Ave
Oak Forest, IL 60452


Best Buy
P.O.Box 15521
Wilmington, DE 19850-5521


Blatt,Hasenmiller,Leibsker & Moore
125 S Wacker Drive, Ste 400
Chicago, IL 60606


Burnham Anesthesiologists
c/o Merchants Credit Guide Co
223 W Jackson Blvd
Chicago, IL 60606


CAC Financial
2601 NE Expressway, Ste 1000 East
Oklahoma City, OK 73112-7236


Capital One
P.O.Box 85015
Richmond, VA 23285-5015


Carl E Schuster, PC
10537 Chickagami Trail
Brutus, MI 49716-9504


Cavalry
P.O.Box 75428
Saint Paul, MN 55175-0428


CB USA Sears
P.O.Box 6189
Sioux Falls, SD 57117

CBCS
P.O.Box 1615
Grand Rapids, MI 49501


Celllular One
P.O.Box 2300
Bedford Park, IL 60499


Chevy Chase
P.O.Box 52050
Phoenix, AZ 85072


Chevy Chase
P.O.Box 999
Frederick, MD 21705


Chicago Family Health Center
9119 S Exchange Ave
Chicago, IL 60617


Chicago Imaging. Ltd
75 Remittance Dr., Ste 1667
Chicago, IL 60675


Chicago tribune
c/o North Shore Agency, Inc
751 Summa Ave
Westbury, NY 11590


Cingular Wireless/Cellular One
P.O.Box 6428
Carol Stream, IL 60197-6426


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 01M1 153878
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 05M1 0115783
Chicago, IL 60602

```
Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 01M1 122642
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 0M1 151877
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 00M1 151877
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 802
CASE#: 05 CH 4463
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 01M1 142297
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 00M1 146555
Chicago, IL 60602


Circuit Court of Cook County
16501 S Kedzie Parkway
Case#: 02M6 2268
Harvey, IL 60426


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 00M1 117797
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 03M1 168114
Chicago, IL 60602
```

Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 00M1 120538
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 00M1 117118
Chicago, IL 60602


Circuit Court of Cook County
Richard J Daly Center, Rm 602
CASE#: 03M1 141934
Chicago, IL 60602


Citibank
P.O.Box 6077
Sioux Falls, SD 57117-6077


Citicorp
4600 Houston rd
Florence, KY 41042


City of Calumet
c/o RMI/MCSI
P.O.Box 666
Lansing, IL 60438


City of Chicago Water Dept
c/o Heller and Frisone
33 N LaSalle St., #1200
Chicago, IL 60602


City of Chicago, Water Dept.
333 S State St, Ste LL10
Chicago, IL 60604


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Conseco Finance
1400 Turbine Dr
Rapid City, SD 57701

Conseco Finance
Dept 0008
Palatine, IL 60055


Cook County Treasurer
P.O.Box 4488
PIN: 30-17-206-004-0000
Carol Stream, IL 60197-4488


Cook County Treasurer
P.O.Box 4488
PIN: 29-03-104-007-0000
Carol Stream, IL 60197-4488


Cook County Treasurer
P.O.Box 4488
PIN: 30-08-115-030-0000
Carol Stream, IL 60197-4488


Credit Card Plan
P.O.Box 10311
Stamford, CT 06904-2311


Credit Protection Association
13355 Noel Rd.
Dallas, TX 75240


Discover
P.O.Box 30395
Salt Lake City, UT 84130


Federal Credit Corp
P.O.Box 599
Colleyville, TX 76034


Financial Recovery Services, Inc.
P.O.Box 385908
Minneapolis, MN 55438-5908


First Select
P.O.Box 9104
Pleasanton, CA 94566

First USA
c/o NAFS
P.O.Box 9027
Buffalo, NY 14231


First USA
P.O.Box 8650
Wilmington, DE 19899


Ford Motor Credit
P.O.Box 219686 AH
Kansas City, MO 64121-9686


Freedman, Anselmo, Linberg & Rappe
P.O.Box 3228
Naperville, IL 60566-7228


GE Capital
P.O.Box 981400
El Paso, TX 79998


GEMB/Home
P.O.Box 29116
Mission, KS 66201


Great Lakes Collection Bureau, Inc.
45 Oak Street
Buffalo, NY 14203-2697


Green Tree
500 Landmark Tower
Saint Paul, MN 55102


Green Tree
Mortgage Services Division
7360 S Kyrene Rd
Tempe, AZ 85283


Green Tree/Conseco Finance
P.O.Box 13908
Durham, NC 27709-3908

GT (Green Tree) Conseco Mastercard
c/o Cavalry Portfolio/RMS
260 W Wentworth Ave
Saint Paul, MN 55118-3525


Harris and Harris Ltd
600 W Jackson Blvd., Ste 400
Chicago, IL 60661


HFC
P.O.Box 8873
Virginia Beach, VA 23450-8873


HFC
US Consumer Finance
841 Seahawk Circle
Virginia Beach, VA 23452-7809


Home Depot
P.O.Box 103072
Roswell, GA 30076


Homeside Lending
P.O.Box 44225
Jacksonville, FL 32231-4255


Household Credit Services
P.O.Box 88000
Baltimore, MD 21288-0001


Household Finance Corp
108 Commons Drive
Chicago Ridge, IL 60415


Household Finance Corp.
P.O. Box 17574
Baltimore, MD 21297-1574


Household/Best Buy
c/o Capital Management Services
726 Eschange Street, Ste 700
Buffalo, NY 14210

JC Penney
c/o Arrow Financial Services LLC
21031 Network Place
Chicago, IL 60673


JC Penney
P.O.Box 960001
Orlando, FL 32896-0001


KCA Financial Services
628 North Street
P.O.Box 53
Geneva, IL 60134


Lawrence Friedman, P.C.
19 South LaSalle Street, 10th Floor
Chicago, IL 60603


LVNV Funding
P.O.Box 10497
Greenville, SC 29603


Mathmania
P.O.Box 5209
Clifton, NJ 07015-5209


MBNA
P.O.Box 15137
Wilmington, DE 19886


MCI
P.O.Box 163250
Columbus, OH 43216-3250


Mediaone
P.O.Box 173885
Denver, CO 80217-9885


Medical Payment Data/Premium Asset
350 NW 12th Ave, #210
Deerfield Beach, FL 33442


Menards/Conseco Finance
Spet 0008
Palatine, IL 60055

Merchants Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606


Mercy Hospital & Medical Ctr
2525 S Michigan Ave
Chicago, IL 60616


Michael Reese Hospital
2929 S Ellis Ave
Chicago, IL 60616


Michael Reese Hospital
P.O.Box 1828
Hendersonville, TN 37077-1828


Midland Orthopedic Associates
2850 S Wabash, Ste 100
Chicago, IL 60616


Monogram Credit Card Bank
c/o Blatt Hasenmiller, etal
125 S Wacker Drive, Ste 400
Chicago, IL 60606


Montgomery Wards
P.O.Box 103055
Roswell, GA 30076-9045


Mortgage


NCO Financial Systems
P.O.Box 41457
Philadelphia, PA 19101-1457


Nelson, Watson & Assoc
80 Merrimack St., Lower Level
Haverhill, MA 01830


Nicor Gas
P.O.Box 310
Aurora, IL 60507-0310

Nova Cellular
GPO
P.O.Box 5912
New York, NY 10087


OSI Collection Service
P.O.Box 959
Brookfield, WI 53008


OSI Collection Services
P.O.Box 550720
Jacksonville, FL 32255


PARC
P.O.Box 1691
Boca Raton, FL 33429-1691


Park Dansan
113 W 3rd Ave.
P.O.Box 248
Gastonia, NC 28053


Peoples Bank/Peoples Credit Plan
c/o Mercantile Adjustment Bureau
P.O.Box 9315A
Rochester, NY 14604


Peoples Gas
Chicago, IL 60687-0001


Physiotherapy Assoc
2930 S Michigan Ave., #107
Chicago, IL 60616


Pierce & Associates
1 N Dearborn, Ste 1300
Chicago, IL 60602


Providian
P.O.Box 660490
Dallas, TX 75266-0490

Resurgent Captial Services LP
P.O.Box 5025
Sioux Falls, SD 57117


Risk Management Alternatives
8400 West 110th, Ste 250
Overland Park, KS 66210


RSC Bankcard Center
P.O.Box 100126
Columbia, SC 29202


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


SBC Long Distance
P.O.Box 600670
Jacksonville, FL 32260-0670


Sears
P.O.Box 182149
Columbus, OH 43218


Select Portfolio Servicing
P.O.Box 65250
Salt Lake City, UT 84165


Service Merchandise
WFNNB Service
P.O.Box 659569
San Antonio, TX 78265


Shapiro & Kreisman
4201 Lake Cook Rd., 1st Floor
Northbrook, IL 60062


Sherman Acquisition
c/o Financial Recovery Services, In
P.O.Box 385908
Minneapolis, MN 55438-5908

Sherman Acquisition
c/o Ocwen Federal Bank
P.O.Box 785058
Orlando, FL 32878-5058


Sherman Acquisition
c/o Alegis Group
9940 Franklin Square Dr, Ste J
Baltimore, MD 21236


Sherman Acquisition
c/o Baker, Miller, Markoff & Krasny
29 N Wacker Dr, 5th Floor
Chicago, IL 60606


SSC
c/o RMI/MCSI
P.O.Box 666
Lansing, IL 60438


Sunrise Credit Services, Inc.
2174 Jackson Ave
Seaford, NY 11783


T-Mobile, Bankruptcy
P.O.Box 37380
Albuquerque, NM 87176


The Associates Home Equity Srvs
2020 159th Street
Calumet City, IL 60409


Toyota Motor Credit
1111 West 22nd St., Ste 42
Hinsdale, IL 60521


Trans Union
111 West Jackson
Chicago, IL 60604


Transworld Systems, Inc.
25 Northwest Pt Blvd.
Ste 750
Elk Grove Village, IL 60007

Trinity Hospital
P.O.Box 70173
Chicago, IL 60673-0173


Van Ru Credit
P.O.Box 618
Park Ridge, IL 60068


Viking Collection Service Inc
P.O.Box 59207
Minneapolis, MN 55459-0207


Wexler and Wexler
500 W Madison Ste 291
Chicago, IL 60661


Wide Open West
P.O.Box 49309
Colorado Springs, CO 80949


World Savings and Loan Association
P.O.Box 659538
San Antonio, TX 78265-2108